FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE ETHAN UNLAND, a married man,<br><br>              Plaintiff,<br><br>              v.<br><br>SPOKANE REGIONAL HEALTH DISTRICT, a Washington State local public health agency, and AMELIA E. CLARK, a married woman,<br><br>              Defendants. | No.   2:20-cv-00239-SMJ<br><br>**ORDER DISMISSING CASE** |

On February 12, 2021, the parties filed a stipulated dismissal, ECF No. 16. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal, **ECF No. 16**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of February 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2